United States District Court
Southern District of Texas
**ENTERED**
October 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-CR-510 |
|---|---|---|---|
| UNITED STATES OF AMERICA ||||
| *versus* ||||
| CUSTOM WRISTBANDS, INC. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Danielle M. Garten<br>U.S. Department of Justice<br>450 5th Street, N.W.<br>Washington, DC 20001<br>202-514-4687; danielle.garten@usdoj.gov<br>District of Columbia (976591)<br>United States District Court for the District of Columbia (976591) |
|---|---|

| Name of party applicant seeks to appear for: | UNITED STATES OF AMERICA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/23/2017      Signed: *Danielle M. Garten*

The state bar reports that the applicant's status is: Active

Dated: 10/23/17      Clerk's signature: _____

### Order

Dated: 10/23/17

This lawyer is admitted *pro hac vice*.

_____
United States District Judge